# U. S. District Court for the Eastern District of Virginia



NOV - 3 2014

Robert Christopher Kettenburg Pro Se. Plaintiff
P.O. Box 352
Indianapolis, IN 46206-0352
e-mail: robkettenburg@hotmail.com
www.robkettenburg.net

VS

Allied Interstate LLC, Defendant
P.O. Box 4000
Warrenton, VA 20188

1:14CV1457 LO/TRJ

## COMPLAINT Under Title 20 of The U.S. Civil Statue Code, Chapter 28, Section 1077: Eligibility of Student Borrowers and Terms of Federally Insured Student Loans

Plaintiff, Robert Christopher Kettenburg, according to Defendant's Reference Number P62364537 owes Defendant $120,250.54 in student loan debt as of October 2, 2014. Plaintiff borrowed exactly $30,000.00 from student loans while he was a graduate student at The University of Louisville and graduated from said institution in May of 1995 with a Master's degree from the College of Arts and Sciences. Plaintiff borrowed money at 5% interest specifically for student loans and debt is less than 20 years old, which means plaintiff should only owe approximately $60,000.00. Defendant has placed a $120,250.54 debt on Plaintiff's credit report and the debt should only be half that. Therefore, Defendants have committed fraud against Plaintiff, who is an Honorably Discharged U.S. Army Veteran of Foreign Wars (see bottom of Plaintiff's home page: www.robkettenburg.net), making it impossible for him to finance anything by charging him double what he owes on his student loans. Plaintiff prays that The Courts grant him economic relief by completely discharging his federal student loan debt as Defendants, who have had hundreds of complaints filed against them in The Courts for illegal behavior, are clearly committing fraud against Plaintiff.

I certify that all of the information contained within this complaint is true to the best of my knowledge.

## PROOF OF SERVICE

I certify that a copy of this complaint, civil cover sheet, and Motion to Proceed were sent to the defendant's above listed address on October 29, 2014 using normal mail delivery.

*Robert Christopher Kettenburg Pro Se, Plaintiff*
*29 OCT 2014*